| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Emivest Aerospace Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Sino Swearingen Aircraft** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **74-2938827** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1770 Skyplace Blvd.**<br>**San Antonio, TX**<br>ZIPCODE **78216** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Bexar County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Emivest Aerospace Corporation** | |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. X _____ Signature of Attorney for Debtor(s)        Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____ (Name of landlord or lessor that obtained judgment) _____ (Address of landlord or lessor) ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Emivest Aerospace Corporation** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor  X _____ Signature of Joint Debtor  _____ Telephone Number (If not represented by attorney)  _____ Date | X _____ Signature of Foreign Representative  _____ Printed Name of Foreign Representative  _____ Date |

| Signature of Attorney* | Signature of Non-Attorney Petition Preparer |
|---|---|
| X _~signature~_ Signature of Attorney for Debtor(s)  Robert J. Dehney Daniel B. Butz **Morris, Nichols, Arsht & Tunnell LLP** 1201 North Market St. Wilmington, Delaware 19801 Tel: (302) 658-9200 Fax: (302) 658-3989  10/20/10 Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  _____ Address |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.  X _~signature~_ Signature of Authorized Individual  **Anthony Power** Printed Name of Authorized Individual  **Chief Executive Officer** Title of Authorized Individual  10/20/10 Date | X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.  _____ Date  Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# EMIVEST AEROSPACE CORPORATION
## Resolutions of the Board of Directors

WHEREAS, the Board of Directors of Emivest Aerospace Corporation (the "Company") has considered the current and prospective financial and operational aspects of the Company's business and has reviewed the historical performance of the Company and the current and long-term liabilities of the Company;

WHEREAS, the Board of Directors of the Company intends for the Company to make a voluntary petition under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware; and

WHEREAS, the Board of Directors of the Company has reviewed, considered, and received the recommendations of professionals and advisors to the Company as to the terms of potential restructurings that could be implemented during the course of the bankruptcy proceedings;

NOW, THEREFORE, IT IS HEREBY:

RESOLVED, that after consultation with and in reliance on the advice of the outside attorneys and advisors to the Company, in the judgment of the Board of Directors of the Company, it is advisable and in the best interests of the Company, its creditors, its members and other interested parties, that a voluntary petition be filed by the Company in the United States Bankruptcy Court for the District of Delaware under the provisions of chapter 11 of the United States Bankruptcy Code;

RESOLVED, that Morris, Nichols, Arsht & Tunnell LLP, be retained to act as counsel to the Company in connection with the filing and prosecution of its chapter 11 case;

RESOLVED, that DLA Piper LLP (US), be retained to act as special counsel to the Company in connection with the sale of the Company's assets;

RESOLVED, that Morgan Joseph & Co., Inc. be retained to act as investment and financial consultant to the Company;

RESOLVED, JV Karna, Anthony Power and Michael Mascarenhas (the "Authorized Officers") be, and hereby are, authorized, empowered and directed (a) to execute and file in the name and on behalf of the Company all petitions, schedules, lists, affidavits and other papers or documents, and (b) to take any and all other actions, in each case as such Authorized Officer deems necessary or proper in connection with the Company's chapter 11 case;

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized, empowered and directed in the name and on behalf of the Company to

(i) negotiate the sale of all or substantially all of the Company's assets and, subject to further approval of the board, enter into such asset purchase agreements and all other documents, agreements, or instruments to effectuate the foregoing, and (ii) execute and file any and all documentation or pleadings, including but not limited to (a) pleadings seeking court approval to sell assets pursuant to the applicable provisions of the Bankruptcy Code, as appropriate in furtherance of a plan of reorganization or otherwise, and (b) pleadings seeking court approval of debtor-in-possession financing, in each case on such terms and conditions as are available to the Company and reasonable under the circumstances.

RESOLVED, that the Board of Directors of the Company deem it appropriate and in the best interests of the Company that the Company borrow funds from Counsel RB Capital, LLC and EAI Captal, LLC ("Lenders") in an aggregate principal amount not to exceed Four Million and 00/100 Dollars ($4,000,000), and pledge or grant a security interest in substantially all the assets of the Company to secure such loans, all in accordance with the certain Debtor-in-Possession Credit and Security Agreement, as may be amended and modified from time to time with the approval of the Authorized Officers;

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized, empowered and directed to execute and deliver any and all other agreements (including loan agreements with the Lender), instruments, certificates and other documents, to pay such fees, deposits (including any deposit required to be made to the Lender) and taxes, to give such notices, to make such filings, to obtain such governmental and third-party consents, and to take such actions in the name and on behalf of the Company as such Authorized Officer may deem necessary or advisable to effectuate the purposes and intentions of the foregoing resolutions; and

RESOLVED, that the authority and power given under the foregoing resolutions shall be deemed retroactive and any and all acts authorized thereunder performed prior to the passage of the foregoing resolutions be, and they hereby are, ratified and approved.

[remainder of page intentionally left blank]

# EMIVEST AEROSPACE CORPORATION

## OFFICER'S CERTIFICATE

The undersigned, Anthony Power, being the duly elected, acting and qualified CEO of Emivest Aerospace Corporation, a Delaware corporation (the "Corporation"), hereby certifies that attached hereto as Annex A is true, correct and complete copy of resolutions duly adopted by the vote and consent of all of the directors of the Corporation at a special meeting of the Board of Directors held on September 28, 2010 in accordance with the requirements of the Delaware General Corporation Law, and such resolutions remain in full force and effect as of the date hereof and in the form attached hereto, and have not been repealed, rescinded, mended or modified in any way.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 20th day of October, 2010.

Anthony Power
CEO

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---

In re:

EMIVEST AEROSPACE CORPORATION,

Debtor.[1]

:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 10-[_____]([___])

---

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). The information contained herein is not intended to, and shall not constitute, an admission of liability by, nor is it binding on, the Debtor. Moreover, nothing herein is intended to, and nothing herein shall, affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| | (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1. | YAO-HWA GLASS CO LTD.<br>5F, NO. 10, HENGYANG RD.<br>TAIPEI, TAIWAN | YAO-HWA GLASS CO LTD.<br>C/O LAW OFFICES OF LAI & ASSOCIATES, P.C.<br>5800 RANCHESTER, SUITE 200<br>HOUSTON, TEXAS 77036<br>TEL: 713-988-5666<br>FAX: 713-988-8846 | Promissory Note | | $15,000,000 |
| 2. | FASTENAL COMPANY<br>2001 THEURER BLVD.<br>WINONA, MN 55987 | FASTENAL COMPANY<br>2001 THEURER BLVD.<br>WINONA, MN 55987<br>TEL: 507- 454-5374<br>FAX: 507- 453-8049 | Litigation | Contingent, unliquidated and disputed | $1,577,711.39 |

---

[1]    The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 3. | TEXAS STATE COMPTROLLER 9514 CONSOLE DRIVE SUITE 102 SAN ANTONIO, TX 78229 | TEXAS STATE COMPTROLLER 9514 CONSOLE DRIVE SUITE 102 SAN ANTONIO, TX 78229 TEL. 210-616-0067 FAX. 210-593-0678 | Trade debt – sales taxes | | $999,866.66 |
| 4. | EUROPEAN AVIATION SAFETY AGENCY POSTFACH 10 12 53 COLOGNE GERMANY 50452 | EUROPEAN AVIATION SAFETY AGENCY POSTFACH 10 12 53 COLOGNE GERMANY 50452 TEL: 49 221 8999 0000 FAX: 49 221 8999 0999 | Trade debt – certification of SJ30-2 in Europe | | $928,960.55 |
| 5. | BLUE CROSS BLUE SHIELD OF TEXAS 901 S. CENTRAL EXPRESSWAY RICHARDSON, TX 75080 | BLUE CROSS BLUE SHIELD OF TEXAS 901 S. CENTRAL EXPRESSWAY RICHARDSON, TX 75080 TEL: 972-766-6213 FAX: 806-798-6309 | Trade debt – health insurance administration fees and claims | | $365,000.00 |
| 6. | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE OGDEN, UT 84201-0012 TEL: 1-800-829-4933 | DEPARTMENT OF TREASURY INTERNAL REVENUE SERVICE OGDEN, UT 84201-0012 TEL: 1-800-829-4933 FAX: 1-800-829-4477 | Trade debt – payroll taxes | | $298,836.49 |
| 7. | BEXAR COUNTY TAX ASSESSOR-COLLECTOR P.O. BOX 839950 SAN ANTONIO, TX 78283-3950 | BEXAR COUNTY TAX ASSESSOR-COLLECTOR SYLVIA S. ROMO, CPA P.O. BOX 839950 SAN ANTONIO, TX 78283-3950 TEL. 210-335-2251 FAX: 210-335-1221 | Trade debt | | $282,052.52 |
| 8. | BERKELEY COUNTY SHERIFF 400 W. STEPHEN STREET MARTINSBURG, WV 25401 | BERKELEY COUNTY SHERIFF 400 W. STEPHEN STREET MARTINSBURG, WV 25401 TEL: 304-264-1982 FAX: 304-262-3072 | Trade debt – personal and real property taxes | | $263,289.88 |
| 9. | SECURITY AIR PARK, INC. 477 C-3A SANDAU SAN ANTONIO, TX 78216 | SECURITY AIR PARK, INC. 477 C-3A SANDAU SAN ANTONIO, TX 78216 TEL: 210-344-6866 FAX: 210-344-6866 | Promissory Note | | $250,000 |

| | (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 10. | ISRAEL AEROSPACE INDUSTRIES LTD BNEI YEHUDA RAMAT HAGOLAN ISRAEL 12944 | ISRAEL AEROSPACE INDUSTRIES LTD BNEI YEHUDA RAMAT HAGOLAN ISRAEL 12944 TEL: 972 3-935-3343 FAX: 972 3-935-8278 | Trade debt – production related | | $197,752.00 |
| 11. | C&F TOOL AND DIE CO. 7202 ECKHERT RD., #6 SAN ANTONIO, TX 78238 | C&F TOOL AND DIE CO. 7202 ECKHERT RD., #6 SAN ANTONIO, TX 78238 TEL: 210-522-9310 FAX: 210-522-9373 | Trade debt – production related | | $160,648.00 |
| 12. | METALCRAFT TECHNOLOGIES, INC. PO BOX 2526 CEDAR CITY, UT 84721-2526 | METALCRAFT TECHNOLOGIES, INC. PO BOX 2526 CEDAR CITY, UT 84721-2526 TEL: 435-586-3871 FAX: 435-586-0289 | Trade debt – production related | | $109,482.96 |
| 13. | TRIUMPH STRUCTURES-WICHITA, INC. PO BOX 643901 PITTSBURGH, PA 15264-3901 | TRIUMPH STRUCTURES-WICHITA, INC. PO BOX 643901 PITTSBURGH, PA 15264-3901 TEL. 316-942-0432 FAX: 316-942-1157 | Trade debt – production related | | $104,516.00 |
| 14. | AMETEK ADVANCED INDUSTRIES, INC LOCKBOX 9976 PHILADELPHIA, PA 19178-9976 | AMETEK ADVANCED INDUSTRIES, INC LOCKBOX 9976 PHILADELPHIA, PA 19178-9976 TEL: 316-522-0424 FAX: 316-522-0237 | Trade debt – production related | | $104,410.00 |
| 15. | ELLIS & WINTERS, LLP PO BOX 33550 RALEIGH, NC 27636 | ELLIS & WINTERS, LLP PO BOX 33550 RALEIGH, NC 27636 FAX: 919-865-7010 | Trade debt – legal fees | | $102,531.11 |
| 16. | TEXAS WORKFORCE COMMISSION | TEXAS WORKFORCE COMMISSION 101 EAST 15TH STREET, ROOM 608 AUSTIN, TX 78778 ATTN.: OFFICE OF GENERAL COUNSEL TEL: 210-521-3659 FAX: 210-684-7256 | Trade debt – unemployment insurance tax | | $92,728.31 |

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number, fax number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 17. | ERNST & YOUNG LLP P.O. BOX 848107 DALLAS, TX 75284-8107 | ERNST & YOUNG LLP P.O. BOX 848107 DALLAS, TX 75284-8107 TEL: 210-228-9696 FAX: 210-242-7252 | Trade debt – tax consulting fees | | $90,057.00 |
| 18. | KPMG, LLP DEPT. 0691 P.O. BOX 120001 DALLAS, TX 75312-0691 | KPMG, LLP DEPT. 0691 P.O. BOX 120001 DALLAS, TX 75312-0691 TEL: 210-227-9272 FAX: 210-224-0126 | Trade debt – auditing fees | | $85,000.00 |
| 19. | DERSE, INC 1234 NORTH 62ND STREET MILWAUKEE, WI 53213-2996 | DERSE, INC 1234 NORTH 62ND STREET MILWAUKEE, WI 53213-2996 TEL: 800-562-0508 FAX: 702-895-9797 | Trade debt – marketing related | | $84,494.76 |
| 20. | SARGENT CONTROLS & AEROSPACE LOCKBOX NO: 12818 12818 COLLECTION CENTER DR. CHICAGO, IL 60693 | SARGENT CONTROLS & AEROSPACE LOCKBOX NO: 12818 12818 COLLECTION CENTER DR. CHICAGO, IL 60693 TEL: 520-744-1000 FAX: 520-572-4608 | Trade debt – production related | | $79,740.00 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| EMIVEST AEROSPACE CORPORATION, | : | Case No. 10-[_____]([___]) |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |
|  | : |  |

**DECLARATION CONCERNING LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS**

I, Anthony Power, the undersigned authorized officer of Emivest Aerospace Corporation, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Creditors Holding 20 Largest Unsecured Claims against Emivest Aerospace Corporation., submitted herewith and that it is true and correct to the best of my information and belief.

Dated: October 20, 2010

_____
Anthony Power
CEO

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

EAST\43612018.3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

EMIVEST AEROSPACE CORPORATION,

Debtor.[1]

Chapter 11

Case No. 10-[_____]([___])

## LIST OF CREDITORS

The above-captioned debtor and debtor in possession (the "Debtor") filed with the petition contemporaneously a list of creditors (the "Creditor Matrix").[2] Due to its voluminous nature, the Creditor Matrix is being submitted to the Court electronically.

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

[2] The Creditor Matrix is verified as of October 19, 2010. Identities of debt and equity holders are subject to change.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the undersigned authorized officer of Emivest Aerospace Corporation, declare under penalty of perjury that I have reviewed the foregoing Creditor Matrix of the Debtor and that it is true and correct to the best of my information and belief.

October 20 , 2010
Wilmington, Delaware

_____
Anthony Bower
Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| EMIVEST AEROSPACE CORPORATION, | : | Case No. 10-[_____]([____]) |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |
|  | : |  |

## EMIVEST AEROSPACE CORPORATION
### LIST OF EQUITY SECURITY HOLDERS AS OF DECEMBER 31, 2009

**Class A Shareholders**

| Name and Address | Shares Held |
|---|---|
| Emivest Aviation (US) LLC<br>1770 Skyplace Boulevard<br>San Antonio, TX 78216 | 310,665,412 Shares of Class A Common Stock |

**Class B Shareholders**

| Name and Address | Shares Held |
|---|---|
| Yao-Hwa Glass Company<br>Management Commission<br>No. 15, Foochow Road, 6th Floor<br>Taipei, Taiwan ROC | 41,749,405 Shares of Class B Common Stock |
| Taiwan Aerospace Corporation<br>4th Floor, No.1, Nanking East Road, Sec 5<br>Taipei, Taiwan ROC | 9,202,728 Shares of Class B Common Stock |
| China Aviation Development Foundation<br>2F, 131 Nanking East Road., Sec. 3<br>Taipei, Taiwan ROC | 6,114,002 Shares of Class B Common Stock |
| National Development Fund, Executive Yuan<br>(Formerly Development Fund, Executive Yuan)<br>7F, 49, Guan-Chien Road<br>Taipei, Taiwan, ROC | 2,500,000 Shares of Class B Common Stock |
| Chinfon Commerical Bank<br>No.1 Nanyang St ,<br>Taipei, Taiwan | 1,998,877 Shares of Class B Common Stock |

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

| Name and Address | Shares Held |
|---|---|
| Carl Chen<br>3 Lost Timbers<br>San Antonio, TX 78248 | 1,861,685 Shares of Class B Common Stock |
| American Re-Insurance Company<br>555 College Road East<br>PO Box 5241<br>Princeton, NJ 08543-5241<br>Attn: Billy J. Crum, CPA<br>Vice President & Treasurer | 1,169,336 Shares of Class B Common Stock |
| United Microelectronics Corporation<br>United Microelectronics Corporation<br>No.3, Li-Hsin 2nd Rd.,<br>Hsinchu Science Park,<br>Hsinchu, Taiwan 300, R.O.C. Yiwen Hsu | 1,124,361 Shares of Class B Common Stock |
| Ton Yi Industrial Corp.<br>No. 837 Chung Cheng N. RD.,<br>Yung Kang City<br>Tainan Hsien, Taiwan | 828,476 Shares of Class B Common Stock |
| Uni-President Enterprises Corp.<br>301, Chung Cheng Rd.,<br>Yungkang City,<br>Tainan Hsien 710,<br>Taiwan, R.O.C. | 828,476 Shares of Class B Common Stock |
| Central Investment Holding<br>Central Investment Holding (BVI) Co. Ltd.<br>6F 232, Pa The Road, Sec. 2<br>Taipei, Taiwan, ROC | 800,000 Shares of Class B Common Stock |
| China Development Industrial Bank<br>125 Nanking East Road, Sec. 5<br>Taipei, Taiwan ROC | 800,000 Shares of Class B Common Stock |
| CEC Development Corporation<br>24F, No. 95,<br>Dun Hua South Road, Sec. 2<br>Taipei 106, Taiwan, ROC | 575,685 Shares of Class B Common Stock |
| Evergreen E-Services Corporation<br>11F, 100, Chang An East Road, Sec. 2<br>Taipei, Taiwan, ROC | 575,685 Shares of Class B Common Stock |
| Edward J. Swearingen<br>1770 Skyplace Blvd.<br>San Antonio, TX 78216 | 560,695 Shares of Class B Common Stock |
| Tuntex Distinct Corporation<br>Tower C, 16F, No. 90, Sec. 1,<br>Hsin-Tai 5th Rd., Hsichih,<br>Taipei County, Taiwan, R.O.C. | 532,592 Shares of Class B Common Stock |

| Name and Address | Shares Held |
|---|---|
| ULLICO, Inc.<br>111 Massachusetts Ave., NW<br>Washington, D.C. 20001<br>Attn: Mr. Herbert Canapary | 475,068 Shares of Class B Common Stock |
| Reliance Insurance Company<br>55 East 52nd Street<br>New York, NY 10055<br>Attn: Mr. John Fitzsimons | 464,843 Shares of Class B Common Stock |
| Jaffe Group, Inc.<br>12400 281 North, Ste 150<br>San Antonio, TX 78216 | 429,565 Shares of Class B Common Stock |
| Tai Ho Investment Co. Ltd<br>25 Fl., No. 95, Sec. 2,<br>Dunhua S. Rd., Taipei City 106,<br>Taiwan R.O.C. | 320,542 Shares of Class B Common Stock |
| Clarendon America Insurance Company<br>1177 Avenue of the Americas<br>45th Floor<br>New York, NY 10036<br>Attn: Mr. James Bain | 282,341 Shares of Class B Common Stock |
| Gaines Investment Corporation<br>30F, No. 6 Ming-Chaun 2nd Road<br>Kaohsiung 806, Taiwan<br>R.O.C. | 271,227 Shares of Class B Common Stock |
| West Virginia Jobs Investment Trust Board<br>1012 Kanawha Blvd., East<br>Fifth Floor<br>Charleston, WV 25301-2840 | 172,504 Shares of Class B Common Stock |
| Wifiset Ventures<br>1770 Skyplace Blvd<br>San Antonio, TX 78216<br>Attn: Ed Swearingen | 145,895 Shares of Class B Common Stock |
| Elk Run<br>P.O. Box 26765<br>Richmond, VA 23261 | 136,570 Shares of Class B Common Stock |
| Omega Aviation<br>Collins Town Cross<br>Old Dublin Airport<br>Dublin, Ireland | 131,408 Shares of Class B Common Stock |
| Chin Da Investment Co., Ltd<br>5F.- 4, No. 160, Sec. 6,<br>Mincyuan E. Rd., Neihu District,<br>Taipei City 114, Taiwan (R.O.C.) | 83,282 Shares of Class B Common Stock |

| Name and Address | Shares Held |
|---|---|
| Goun Yang Imvestment Co., Ltd<br>13th Floor, 180 Chung Hsiao E. Rd., Sec. 4,<br>Taipei, Taiwan, R.O.C. | 83,282 Shares of Class B Common Stock |
| San Yang Investment Corp.<br>180 Chungsiao E. Rd., 13th Floor<br>Sec. 4, Taipei, Taiwan (R.O.C.) | 83,282 Shares of Class B Common Stock |
| Eastern Capital Corporation<br>501 56th Street<br>Charleston, WV 25304<br>Attn: Mr. J. Michael Forbes | 63,293 Shares of Class B Common Stock |
| Lawrence Linnartz<br>999 East Basse Rd #180-535<br>San Antonio TX 78209<br>FedEx/UPS Deliveries:<br>12400 Hwy 281 North, Suite 150<br>San Antonio, TX 78216 | 48,185 Shares of Class B Common Stock |
| WestVen Limited Partnership<br>208 Capitol Street, Suite 300<br>Charleston, WV 25301 | 45,641 Shares of Class B Common Stock |
| IBC Verwaltungsgesellschaft mbH<br>Hans Pinsel Strasse 7a<br>D-85540 Haar<br>Munich, Germany | 29,883 Shares of Class B Common Stock |
| Blackrock First Capital Corporation<br>701 Market Street, Suite 700<br>St. Louis, MO 63101-1826<br>Attn: Mr. J.A. Maher | 27,270 Shares of Class B Common Stock |
| Sanwoo Ahn<br>81 Main Street<br>Osterville, MA 02655 | 20,120 Shares of Class B Common Stock |
| Turner Trust<br>Turner Living Trust<br>C/O Mary Ann Turner<br>2157 Pacific Ave., Unit A101<br>Costa Mesa, CA 92627-3980 | 20,000 Shares of Class B Common Stock |
| White Horse Trading & Financing Co.<br>300 East Sonterra Blvd<br>San Antonio, TX 78258 | 16,616 Shares of Class B Common Stock |
| Mountaineer Venture Capital Company limited<br>   partnership<br>#310 12th St., Suite 6<br>PO Box 175<br>Hansford, WV 25103<br>Attn: L.W. Hamilton Jr. | 15,974 Shares of Class B Common Stock |

| Name and Address | Shares Held |
|---|---|
| Branch Banking and Trust<br>150 South Stratford Road, Suite 400<br>Winston-Salem, NC 27102 | 13,191 Shares of Class B Common Stock |
| Consolidation Coal Company<br>1800 Washington Road<br>Pittsburgh, PA 15241 | 11,885 Shares of Class B Common Stock |
| Carol Zuniga<br>2027 Oak Mist<br>San Antonio TX 78232 | 10,000 Shares of Class B Common Stock |
| Hampden Venture Limited Partnership<br>P.O. Box 1210<br>Gilben, WV 25621<br>Attn: Mr. Gary White | 9,124 Shares of Class B Common Stock |
| Resource Venture Analysis, Inc.<br>Executor of Estate of J. Faltis<br>Anker Energy Corporation<br>2708 Cranberry Square<br>Morgantown, WV 26508 | 9,124 Shares of Class B Common Stock |
| First Pro Capital Limited Liability Company<br>800 Northside Drive, Suite 27<br>Somersville, WV 26651<br>Attn: Mr. J. Steven Ferguson | 9,080 Shares of Class B Common Stock |
| Flying Eagle #1 Limited Partnership<br>P.O. Box 1050<br>Lewisburg, WV 24901<br>Attn: Mr. Jon McBride | 6,846 Shares of Class B Common Stock |
| Jennifer Jaffe Gutman<br>6111 Broadway<br>San Antonio, TX 78209 | 6,692 Shares of Class B Common Stock |
| Jolie Jaffe<br>6111 Broadway<br>San Antonio, TX 78209 | 6,692 Shares of Class B Common Stock |
| Judy Jaffe Barnes<br>6111 Broadway<br>San Antonio, TX 78209 | 6,692 Shares of Class B Common Stock |
| Bancone & Co.<br>F/A/O Marshall University Foundation<br>Acct# 9371546900<br>340 S. Cleveland Ave, Bldg 350<br>Westerville, Ohio 43081 | 6,162 Shares of Class B Common Stock |
| JP Morgan Chase & Co.<br>1000 Fifth Avenue<br>Huntington, WV 25701 | 5,943 Shares of Class B Common Stock |

EAST\43611681.3

| Name and Address | Shares Held |
|---|---|
| Energy Corporation of America<br>501 56th St<br>Charleston, WV 25304<br>Attn: J. Michael Forbes | 5,354 Shares of Class B Common Stock |
| Gerry A. Solcher<br>1550 Jackson Keller #102<br>San Antonio, TX 78213 | 5,354 Shares of Class B Common Stock |
| Gerry A. Solcher trustee FBO Whitney E.<br>Solcher<br>1550 Jackson Keller<br>San Antonio, TX 78213 | 5,354 Shares of Class B Common Stock |
| Gerry A. Solcher trustee FBO Courtney C.<br>Solcher<br>Trustee FBO Courtney C. Solcher<br>1550 Jackson Keller #102<br>San Antonio, TX 78213 | 5,354 Shares of Class B Common Stock |
| Gerry A. Solcher trustee FBO Felicia A.<br>Solcher<br>Trustee FBO Felicia A. Solcher<br>1550 Jackson Keller<br>San Antonio, TX 78213 | 5,354 Shares of Class B Common Stock |
| Donnie Rex<br>16751 Spring Lake Drive<br>Canyon, TX 79015<br>Certificate sent c/o mother:<br>Ada Ann Rex<br>PO Box 798<br>Canadian, TX 79014-0798 | 5,000 Shares of Class B Common Stock |
| Jerry Stitts<br>6714 King Louis<br>San Antonio, TX 78229 | 5,000 Shares of Class B Common Stock |
| Johnny Doo<br>618 Lightstone Drive<br>San Antonio, TX 78258 | 5,000 Shares of Class B Common Stock |
| Marcia Dunn<br>4502 Honey Locust Woods<br>San Antonio, TX 78249 | 5,000 Shares of Class B Common Stock |
| Monica Novak<br>18615 Rogers Place<br>San Antonio, TX 78258 | 3,748 Shares of Class B Common Stock |
| United Bankshares, Inc.<br>514 Market St<br>Parkersburg, WV 26101 | 3,566 Shares of Class B Common Stock |

| Name and Address | Shares Held |
|---|---|
| Joe R. Solcher<br>1550 Jackson Keller<br>San Antonio, TX 78213 | 2,677 Shares of Class B Common Stock |
| Sally S. Solcher<br>1550 Jackson Keller<br>San Antonio, TX 78213 | 2,677 Shares of Class B Common Stock |
| Gilbert Imported Hardwoods, Inc.<br>P.O. Box 1210<br>Gilbert, WV 25621 | 2,447 Shares of Class B Common Stock |
| Appalachian Power Co.<br>P.O. Box 1986<br>707 Virginia Street, East<br>Suite 1100<br>Charleston, WV 25327-1986 | 2,377 Shares of Class B Common Stock |
| Dominion Transmission, Inc.<br>120 Tredegar St<br>Richmond, VA 23219 | 2,377 Shares of Class B Common Stock |
| Hope Gas, Inc.<br>500 Davisson Run Road<br>PO Box 2868<br>Clarksburg, WV 26301 | 2,377 Shares of Class B Common Stock |
| First Century Bankshares, Inc.<br>500 Federal Street<br>Bluefield, WV 24701 | 1,188 Shares of Class B Common Stock |
| Verizon Communications, Inc.<br>3900 Washington St., 2nd Floor<br>Wilmington, DE 19802 | 887 Shares of Class B Common Stock |
| Margaret-Ann Buckley<br>5906 Wildwind<br>San Antonio, TX 78239 | 805 Shares of Class B Common Stock |
| Acordia of West Virginia, Inc.<br>P.O. Box 1551<br>Charleston, WV 25326 | 713 Shares of Class B Common Stock |
| Eastern American Energy Corporation<br>501 56th Street<br>Charleston, WV 25304<br>Attn: Mr. J. Michael Forbes | 266 Shares of Class B Common Stock |
| Edward H. Maier<br>1233 Staunton Road<br>Charleston, WV 25314 | 237 Shares of Class B Common Stock |
| Garland T. Cope and Norma J. Cope<br>d/b/a Cope's Supermarket<br>501 Hillcrest Drive<br>Ravenswood, WV 26164-1426 | 237 Shares of Class B Common Stock |

| Name and Address | Shares Held |
|---|---|
| SAHGP, Inc.<br>1770 Skyplace Blvd.<br>San Antonio, TX 78216 | 13 Shares of Class B Common Stock |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| EMIVEST AEROSPACE CORPORATION, | : | Case No. 10-[_____]([___]) |
|  | : |  |
| Debtor.[1] | : |  |
|  | : |  |
|  | : |  |

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS

I, Anthony Power, the undersigned authorized officer of Emivest Aerospace Corporation, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the List of Equity Security Holders for Emivest Aerospace Corporation, submitted herewith and that it is true and correct to the best of my information belief.

Dated: October 20, 2010

_____
Anthony Power
CEO

---

[1]   The last four digits of the Debtor's federal tax identification number are 8827.  The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

EMIVEST AEROSPACE CORPORATION,

Debtor.[1]

:
:
:
:
:
:
:
:

Chapter 11

Case No. 10-[_____]([____])

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the Debtor hereby certifies that the following corporations directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Name of Equity Interest Holder | Last Known Address of Equity Interest Holder | Equity Interest Held |
|---|---|---|
| Emivest Aviation (US) LLC | 1770 Skyplace Boulevard San Antonio, TX 78216 | Holds 80.60% of the Common Stock of the Debtor |
| Yao-Hwa Glass Company | Management Commission No. 15, Foochow Road, 6th Fl. Taipei, Taiwan ROC | Holds 10.83% of the Common Stock of the Debtor |

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                     :    Chapter 11

EMIVEST AEROSPACE CORPORATION,             :    Case No. 10-[_____]([___])

                   Debtor.[1]          :

                                  :

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

I, Anthony Power, the undersigned authorized officer of Emivest Aerospace Corporation, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of Emivest Aerospace Corporation., submitted herewith, and that it is true and correct to the best of my information and belief.

Dated: October 20, 2010

                                     Anthony Power
                                     CEO

---

[1]  The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.