UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Emivest Aerospace Corporation | : | Case No. 10-13391 (MFW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Israel Aerospace Industries Ltd.**, Attn: Rafael Matalon, Ramat Hagolan, Israel, 12944, Phone: 972-3-935-3343, Fax: 972-3-935-8278

2. **Action Aviation**, Attn: Hamish Harding, PO Box 211502, Dubai, United Arab Emirates, Phone: 760-793-1912

3. **Metalcraft Technologies, Inc.**, Attn: David J. Grant, 526 North Aviation Way, Cedar City, UT 84721, Phone: 435-586-3871, Fax: 435-586-0289


ROBERTA A. DEANGELIS
United States Trustee, Region 3


/s/ T. Patrick Tinker
T. Patrick Tinker
ACTING ASSISTANT UNITED STATES TRUSTEE

DATED: November 4, 2010

Attorney assigned to this Case: T. Patrick Tinker, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel B. Butz, Esquire, Phone: (302) 575-7348, Fax: (302) 658-3989