# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Emivest Aerospace Corporation |
| **Case Number:** | 10-13391-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, JANUARY 07, 2011 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Bid Procedures - Cont'd from 11/30 - Cont'd from 12/29 per counsel's request

**R / M #:**   162 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
   Items 1 and 2 - Orders entered under CNOs
   Item 3 - Continued, motion to be withdrawn