# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EMIVEST AEROSPACE CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 10-13391 (MFW)<br><br>**Re: D.I. 38** |

## NOTICE OF WITHDRAWAL OF MOTION OF DEBTOR FOR ENTRY OF AN ORDER (I) APPROVING AUCTION AND BIDDING PROCEDURES IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS, (II) AUTHORIZING, BUT NOT REQUIRING, ENTRY INTO A STALKING HORSE AGREEMENT AND APPROVING STALKING HORSE PROTECTIONS, (III) APPROVING PROCEDURES RELATED TO THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (IV) SCHEDULING AUCTION AND SALE APPROVAL HEARING, (V) APPROVING THE FORM AND MANNER OF THE SALE NOTICE, AND (VI) AUTHORIZING AGENT AND LENDERS TO PERFORM CONSULTING AND MARKETING SERVICES IN THE EVENT OF A DEFAULT

Emivest Aerospace Corporation, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, hereby withdraws without prejudice its *Motion of Debtor for Entry of an Order (I) Approving Auction and Bidding Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (II) Authorizing, but not Requiring, Entry into a Stalking Horse Agreement and Approving Stalking Horse Protections, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, (V) Approving the Form and Manner of the Sale Notice, And (VI) Authorizing Agent and Lenders To Perform Consulting and Marketing Services in the Event of a Default* (D.I. 38; filed 10/27/10).

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

| | |
|---|---|
| Dated: January 7, 2011<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Robert J. Dehney (No. 3578)<br>Daniel B. Butz (No. 4227)<br>Matthew B. Harvey (No. 5186)<br>1201 North Market Street, 18th Flr.<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: 302.658.9200<br>Facsimile: 302.425.4673<br><br>*Counsel for Debtor and Debtor in Possession*<br><br>-and-<br><br>Timothy W. Walsh<br>DLA PIPER LLP (US)<br>1251 Avenue of the Americas, 25th Flr.<br>New York, New York 10020<br>Telephone: 212.335.4500<br>Facsimile: 212.335.4501<br><br>*Special Counsel for Debtor and Debtor in Possession* |

4019306.1