IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| EMIVEST AEROSPACE CORPORATION | : | |
| Debtor | : | Bankruptcy No.: 10-13391 (MFW) |

**UNITED STATES TRUSTEE'S OBJECTION TO**
**DEBTOR'S MOTION TO ENTER INTO ASSET PURCHASE AGREEMENT**
**PURSUANT TO 11 U.S.C § 363 (b)**

Roberta A. DeAngelis, United States Trustee for this District, by and through her counsel, hereby objects to the Debtor's Motion to Enter into Asset Purchase Agreement Pursuant to 11 U.S.C.§ 363 (b), said objections being based on the following:

1. Pursuant to 28 U.S.C.§ 586, the United States Trustee is responsible for the supervision and administration of cases filed under Chapter 11 of the Bankruptcy Code. The United States Trustee has standing to be heard on any issue concerning this case.
11 U.S.C. § 307.

2. The debtor filed a petition for relief under Chapter 11 on October 20, 2010.

3. The debtor seeks Court authorization to enter into an asset purchase agreement pursuant to 11 U.S.C.§ 363 (b).

4. The United States Trustee avers that the proposed agreement does not appear to be in good faith and does not satisfy the criteria established under applicable Third Circuit caselaw.

5. The United States Trustee avers that even if this agreement is approved, the Debtor would not have the ability or even the incentive to obtain confirmation of a plan.

6. The United States Trustee avers that this proposed sale provides no benefit to

creditors.

7. The Motion refers to an Asset Purchase Agreement that has not been filed to date. As such, the United States Trustee, creditors and parties in interest are deprived the opportunity to review the agreement.

**WHEREFORE,** the United States Trustee requests that the Motion be denied and for all other relief that is appropriate.

Respectfully submitted,

ROBERTA A. DEANGELIS
United States Trustee, Region 3

BY: *<u>/s/ Kevin P. Callahan</u>*

Kevin P. Callahan
Trial Attorney
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801
Telephone: (302) 573-6491

Dated: <u>January 28, 2011</u>