# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

***Hearing Information:***

**Debtor:** Emivest Aerospace Corporation
**Case Number:** 10-13391-MFW **Chapter:** 11

**Date / Time / Room:** MONDAY, JANUARY 31, 2011 10:30 AM CRT#4, 5TH FL.

**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

***Matter:***

**1)** Sale - Cont'd from 1/19
**R / M #:** 0 / 0
**VACATED: Cont'd to 2/11 at counsel's request**

**2)** Emergency Motion to Release and Remove Deeds of Trust and Liens
**R / M #:** 0 / 0
**VACATED: Order entered under Certification of Counsel**

***Appearances:***

NONE

***Proceedings:***

HEARING CANCELLED: Order entered under Certification of Counsel. Counsel to file amended agenda.