**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>EMIVEST AEROSPACE CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 10-13391 (MFW)<br><br><br>**Re: D.I. 213 & 239** |

**AGREED ORDER ON EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 362(a) (I) RELEASING AND REMOVING DEEDS OF TRUST AND LIENS IN CONNECTION THEREWITH OR, IN THE ALTERNATIVE, (II) COMPELLING YAO-HWA GLASS CO., LTD. MANAGEMENT COMMISSION TO IMMEDIATELY RELEASE AND REMOVE DEEDS OF TRUST AND LIENS IN CONNECTION THEREWITH**

This matter is before the Court on the motion, dated January 24, 2011 (the "Motion"),[2] of Emivest Aerospace Corporation, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, pursuant to sections 105(a) and 362(a)(3) and (4) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), for entry of an order (i) releasing and removing certain deeds of trust filed by Yao-Hwa Glass Co., Ltd. Management Commission ("Yao-Hwa") with the County Clerks of Bexar County, Texas and Berkeley County, West Virginia or, in the alternative, (ii) compelling Yao-Hwa to immediately release and remove such Deeds of Trust from the public records of Bexar County, Texas and Berkeley County, West Virginia (Dock. No. 213). On consent of the Debtor and Yao-Hwa, and for cause shown, the Court will dispose of the Motion as hereinafter set forth.

---

1 The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

2 Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED, to the extent set forth herein.

2. The Deeds of Trust, together with any and all additional liens, security interests, or other encumbrances that may be asserted by Yao-Hwa against any of the Debtor's assets, are deemed released and removed from the applicable public records, including the public records of Bexar County and Berkeley County.

3. As evidence of the removal and release of the Deeds of Trust and any other lien, security interest, or other encumbrance, the Debtor may file, record or present a certified copy of this Order with the applicable recording office, including the recording offices for Bexar County and Berkeley County, and, in such event, the applicable recording office is authorized and directed to accept, file and/or record such certified copy of this Order in accordance with applicable law in full and final satisfaction of the release of such Deeds of Trust, liens, security interests, and/or other encumbrances.

4. In the alternative, and to the extent that any applicable recording office fails to accept, file, and/or record a certified copy of this Order, Yao-Hwa is hereby directed to timely take any and all actions, including executing any and all documents, necessary to effectuate the removal and release the Deeds of Trust, together with any and all additional liens, security interests, or other encumbrances that may be asserted by Yao-Hwa against any of the Debtor's assets, from the applicable public records, including the public records of Bexar County and Berkeley County.

5. The Debtor is hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

6. The Motion is resolved on the terms set forth in this Order.

7. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: Jan. 31, 2011

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE