IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EMIVEST AEROSPACE CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 10-13391 (MFW)<br><br>Re: D.I. 190, 191, 201, 202 |

## NOTICE OF WITHDRAWAL OF (A) EMERGENCY MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO ENTER INTO A CERTAIN ASSET PURCHASE AGREEMENT BETWEEN THE PURCHASER AND THE DEBTOR, (II) AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF AND (B) RELATED FILINGS

Emivest Aerospace Corporation, as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, hereby withdraws without prejudice its *Emergency Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Enter into a Certain Asset Purchase Agreement Between the Purchaser and the Debtor, (II) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (D.I. 190) filed on January 14, 2011 and related papers (D.I. 191, 201, 202) filed shortly thereafter.

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

Dated: February 16, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Daniel B. Butz
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Flr.
P.O. Box 1347
Wilmington, DE 19899
Telephone: 302.658.9200
Facsimile: 302.425.4673

*Counsel for Debtor and Debtor in Possession*

-and-

Timothy W. Walsh
DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

*Special Counsel for Debtor and Debtor in Possession*

4097236.1