# SIGN-IN SHEET

**CASE NAME:** Emivest  
**CASE NUMBER:** 10-13391 (MFW)  
**COURTROOM NUMBER:** 4  
**DATE:** 2/23/11 at 10:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Callahan | US Trustee | |
| Matthew McGuire | Landis Rath & Cobb | Emicates Investment & Development Co |
| Tracy Klestadt | Klestadt & Winters | " |
| Thomas Horan | Womble Carlyle | Wells Fargo Securities, LLC |
| Thomas Plays | Eng Joseph + Pearce | Bexar County |
| Patrick Kelley | Cole Schotz | Cansel RB Capital / EAI Capital |
| Gary Leibowitz | " | " |
| Daniel Butz | Morris Nichols Arsht & Tunnell | Debtor |
| Bruce Grohsgal | Pachulski Stang | Committee |
| Timothy Milliard (telephonic) | Munsch Hardt | YAO-HWA Glass Company |
| Rob Reed | PSZJ | Committee |