# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Emivest Aerospace Corporation | | |
| **Case Number:** | 10-13391-MFW | **Chapter:** | 11 |

**Date / Time / Room:** MONDAY, FEBRUARY 28, 2011 04:00 PM   CRT#4, 5TH FL.

**Bankruptcy Judge:** MARY F. WALRATH
**Courtroom Clerk:** LAURIE CAPP
**Reporter / ECR:** BRANDON MCCARTHY

## *Matters:*

**1)** Omnibus
  **R / M #:**   327 / 0

**2)** Fees
  **R / M #:**   0 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Withdrawn
    Item 2 - Order entered
    Item 3 - Order entered