## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EMIVEST AEROSPACE CORPORATION, | Case No. 10-13391 (MFW) |
| Debtor.[1] | Re: D.I. 296, 326, 352 |

### NOTICE OF CANCELLATION OF AUCTION WITH RESPECT TO THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On February 16, 2011, Emivest Aerospace Corporation (the "Debtor") filed a motion (D.I. 296) (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking, among other things, entry of an order (the "Bid Procedures Order"): (i) authorizing and approving the sale of substantially all of the Debtor's assets free and clear of all liens, claims, encumbrances, and other interests, (ii) approving auction and bid procedures in connection with the sale of substantially all of the Debtor's assets (the "Bid Procedures"), (iii) authorizing entry into stalking horse asset purchase agreement and approving stalking horse protections, (iv) approving procedures related to the assumption and assignment of executory contracts and unexpired leases, (v) scheduling the auction (the "Auction") and sale approval hearing (the "Sale Approval Hearing"), and (vi) approving the form and manner of sale notice.

2. On February 23, 2011, the Court entered the Bid Procedures Order.[2]

3. Pursuant to the Bid Procedures Order, the deadline to submit offers to purchase the Assets was March 10, 2011 at 5:00 p.m. (prevailing Eastern Time) (the "Bid Deadline"). In the event that two or more Qualified Bids were received on or before the Bid Deadline, the Debtor would conduct an Auction commencing on **March 14, 2011 at 10:00 a.m. (prevailing Eastern Time)**, at the offices of DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, to determine the highest or otherwise best bid for the Assets (the "Successful Bid").

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Bid Procedures Order (Dkt. No. 326).

4. The Debtor has determined, in accordance with the Bid Procedures Order, that it has not received two or more Qualified Bids. Therefore, no Auction will be held.

Dated: March 11, 2011
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Daniel B. Butz*
Robert J. Dehney, (No. 3578)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Flr.
P.O. Box 1347
Wilmington, DE 19899
Telephone: 302.658.9200
Facsimile: 302.425.4673

*Counsel for Debtor and*
*Debtor in Possession*

-and-

Timothy W. Walsh
DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

*Special Counsel for Debtor and*
*Debtor in Possession*