IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          : Chapter 11
                                                :
EMIVEST AEROSPACE CORPORATION,                   : Case No. 10-13391 (MFW)
                                                :
                            Debtor.[1]           :
                                                :

**NOTICE OF AMENDED[2] AGENDA OF MATTERS ORIGINALLY SCHEDULED FOR HEARING ON MARCH 15, 2011 AT 2:00 P.M. (EASTERN TIME)[3]**

**AT THE REQUEST OF THE DEBTOR AND APPROVAL OF THE COURT THE HEARING HAS BEEN CHANGED TO *MARCH 16, 2011 AT 3:00 P.M.***

**UNCONTESTED MATTER GOING FORWARD**

1.  Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 365 Authorizing the Debtor to Assume Nonresidential Real Property Lease (D.I. 333, Filed 2/25/11).

    Objection Deadline:  March 8, 2011 at 4:00 p.m. (ET).

    Related Pleading:    None.

    Responses Received:  None.

    Status: The hearing on this motion will go forward **at the hearing on March 16, 2011 at 3:00 p.m. (ET).**

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

[2] **Amended items appear in bold.**

[3] The hearing will be held before the Honorable Mary F. Walrath, Judge at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, Delaware 19801.

**CONTESTED MATTER GOING FORWARD**

2. Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 296, Filed 2/16/11).

Response Deadline: March 11, 2011 at 5:00 p.m. (ET); extended to March 14, 2011 at 10:00 a.m. (ET).

Responses Received:

(a) Texas Comptroller's Objection to Debtor's New Asset Sale Motion (D.I. 305, Filed 2/18/11);

(b) Response of Wells Fargo Securities, LLC f/k/a Wachovia Capital Markets, LLC to the Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Notice of Sale (D.I. 310, Filed 2/22/11);

(c) Opposition of the Official Committee of Unsecured Creditors to Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 311, Filed 2/22/11);

(d) Limited Objection of Blossom Sentinel Investors, LLC and Reservation of Rights with Respect to Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets

(e)     Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 370, Filed 3/10/11);

(e)     Bexar County's Objection to the Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 371, Filed 3/10/11);

(f)     **Limited Objection of Liebherr-International Deutschland GMBH to Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 377, Filed 3/11/11);**

(g)     **Objection of Liebherr-International Deutschland GMBH to Assumption and Assignment of Executory Contract (D.I. 378; Filed 3/11/11); and**

(h)     **Response and Reservation of Rights of Lloyd Everard and The Everard Living Trust (D.I. 380, Filed 3/14/11).**

Related Pleadings:

(a)     Order Shortening Time for Notice of Hearing to Consider Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase Agreement and Approving

(a continued) Stalking Horse Protections, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice. (D.I. 302, Entered 2/17/11);

(b) Notice of Hearing on Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (II) Approving Auction and Bid Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, (III) Authorizing Entry into Stalking Horse Asset Purchase, (IV) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling Auction and Sale Approval Hearing, and (VI) Approving the Form and Manner of Sale Notice (D.I. 303, Filed 2/17/11);

(c) Notice Of Filing Of Final Asset Purchase Agreement In Connection With The Emergency Motion Of The Debtor For Entry Of An Order (I) Authorizing And Approving The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances, And Other Interests, (II) Approving Auction And Bid Procedures In Connection With The Sale Of Substantially All Of The Debtors Assets, (III) Authorizing Entry Into Stalking Horse Asset Purchase Agreement And Approving Stalking Horse Protections, (IV) Approving Procedures Related To The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (V) Scheduling Auction And Sale Approval Hearing, And (VI) Approving The Form And Manner Of Sale Notice (D.I. 316, Filed 2/22/11);

(d) Order (I) Approving Auction and Bid Procedures in Connection With the Sale of Substantially All of the Debtor's Assets, (II) Authorizing Entry Into Stalking Horse Asset Purchase Agreement and Approving Stalking Horse Protections, (III) Approving Procedures Related to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (IV) Scheduling Auction and Sale Approval Hearing, and (V) Approving the Form and Manner of Sale Notice (D.I. 326, Entered 2/26/11);

(e) Notice of (I) Entry into Stalking Horse Asset Purchase Agreement (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale of Substantially All of the Debtor's Assets (D.I. 351, Filed 3/1/11);

(f) Notice of Bid Deadline, Auction and Sale Approval Hearing in Connection with the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances (D.I. 352, Filed 3/1/11); and

(g) **Notice Of Cancellation Of Auction With Respect To The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of Liens, Claims, And Encumbrances (D.I. 379, Filed 3/11/11).**

**Status:** The hearing on this motion will go forward **at the hearing on <u>March 16, 2011 at 3:00 p.m. (ET)</u>**.

Dated: March 14, 2011
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_/s/_____
Robert J. Dehney, (No. 3578)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Fl.
P.O. Box 1347
Wilmington, DE 19899
Telephone: 302.658.9200
Facsimile: 302.425.4673

Counsel for Debtor and Debtor in Possession

4134041.1