# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EMIVEST AEROSPACE CORPORATION, | Case No. 10-13391 (MFW) |
| Debtor.[1] | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )  ss:
COUNTY OF NEW YORK  )

I, Sung Kim declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc, 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 11th day of March, 2011, I caused a true and accurate copy of the "Notice of Cancellation of Auction with Respect to the Sale of Substantially All of the Debtor's Assets Free and Clear of Liens, Claims, and Encumbrances" (*Docket No. 379*), to be served upon the parties listed in Exhibit 1, attached hereto, via First Class US Mail.

4. Said document was securely enclosed in postage prepaid envelopes and delivered to an office of the United States Postal Service for delivery by First Class Mail.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 14th day of March, 2011 at New York, New York.

By _____
       Sung Kim

Sworn before me this
14th day of March, 2011

_____
Notary Public

ROBERT ROTMAN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #02RO6211735
COMM. EXP. September 21, 2013

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

EMIVEST00080

**EXHIBIT 1**

000047P001-1280S-080
ACTION AVIATION
ATTN: HAMISH HARDING
P.O. BOX 211502
DUBAI
UNITED ARAB EMIRATES

000019P002-1280S-080
AMETEK ADVANCED INDUSTRIES, INC.
LOCKBOX 9976
PHILADELPHIA PA 19178-9976

000053P001-1280S-080
ASHBY & GEDDES, P.A.
WILLIAM P. BOWDEN, ESQ.
500 DELAWARE AVENUE, 8TH FL.
P.O. BOX 1150
WILMINGTON DE 19899

000054P001-1280S-080
ASHBY & GEDDES, P.A.
AMANDA M. WINFREE, ESQ.
500 DELAWARE AVENUE, 8TH FL.
P.O. BOX 1150
WILMINGTON DE 19899

000062P001-1280S-080
BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN
155 FEDERAL STREET, 9TH FLOOR
BOSTON MA 02110

000013P002-1280S-080
BERKELEY COUNTY SHERIFF
400 W. STEPHEN STREET
MARTINSBURG WV 25401

000012P001-1280S-080
BEXAR COUNTY TAX ASSESSOR-COLLECTOR
SYLVIA S. ROMO, CPA
P.O. BOX 839950
SAN ANTONIO TX 78283-3950

000014P001-1280S-080
BLUE CROSS BLUE SHIELD OF TEXAS
901 S. CENTRAL EXPRESSWAY
RICHARDSON TX 75080

000049P001-1280S-080
BOWLES RICE MCDAVID ET AL.
ATTN: RICHARD M. FRANCIS
600 QUARRIER STREET
P.O. BOX 1386
CHARLESTON WV 25325-1386

000046P001-1280S-080
BUCHALTER NEMER
SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET
25TH FLOOR
SAN FRANCISCO CA 94105-2126

000016P001-1280S-080
C&F TOOL AND DIE, CO.
7202 ECKHERT RD., #6
SAN ANTONIO TX 78238

000064P001-1280S-080
CARKHUFF & RADMIN, P.C.
ATTN: WALDO H. CARKHUFF, ESQ.
598-600 SOMERSET STREET
NORTH PLAINFIELD NJ 07060

000065P001-1280S-080
CARKHUFF & RADMIN, P.C.
ATTN: ANDREW I. RADMIN, ESQ.
598-600 SOMERSET STREET
NORTH PLAINFIELD NJ 07060

000002P002-1280S-080
CENTRALIZED INSOLVENCY OPERATION
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

000030P001-1280S-080
COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.
GARY H. LEIBOWITZ
300 EAST LOMBARD STREET
SUITE 2000
BALTIMORE MD 21202

000032P001-1280S-080
COLE SCHOTZ MEISEL FORMAN & LEONARD, P.A.
PATRICK J. REILLEY
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON DE 19801

000045P001-1280S-080
DAVIDSON & TROILO, P.C.
RICHARD E. HETTINGER
7550 IH-10 WEST
SUITE 800
SAN ANTONIO TX 78229-5815

000011P002-1280S-080
DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
OGDEN UT 84201-0012

000024P003-1280S-080
DERSE, INC.
3800 West Canal Street
MILWAUKEE WI 53208

000043P001-1280S-080
DLA PIPER LLP (US)
ATTN: TIMOTHY W. WALSH
1251 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK NY 10020

000044P001-1280S-080
DLA PIPER LLP (US)
ATTN: DANIEL G. EGAN
1251 AVENUE OF THE AMERICAS
25TH FLOOR
NEW YORK NY 10020

000020P001-1280S-080
ELLIS & WINTERS, LLP
PO BOX 33550
RALEIGH NC 27636

000029P001-1280S-080
EMIVEST AVIATION (US) LLC
1770 SKYPLACE BOULEVARD
SAN ANTONIO TX 78216

000021P001-1280S-080
ERNST & YOUNG, LLP
PO BOX 848107
DALLAS TX 75284-8107

000010P001-1280S-080
EUROPEAN AVIATION SAFETY AGENCY
POSTFACH 10 12 53
COLOGNE  50452
GERMANY

000027P003-1280S-080
FASTENAL COMPANY
C/O MR. JOHN MILEK,
GENERAL COUNSEL
2001 THEURER BLVD.
WINONA MN 55987

000051P001-1280S-080
INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q3-.133
PHILADELPHIA PA 19104-5016

000052P001-1280S-080
INTERNAL REVENUE SERVICE
2970 MARKET STREET
MAIL STOP 5-Q3-.133
PHILADELPHIA PA 19104-5016

| | | | |
|---|---|---|---|
| 000015P001-1280S-080<br>ISRAEL AEROSPACE INDUSTRIES LTD.<br>BNEI YEHUDA<br>RAMAT HAGOLAN  12944<br>ISRAEL | 000057P001-1280S-080<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>ATTN: DOMENIC PACITTI, ESQ.<br>919 N. MARKET STREET, SUITE 1000<br>WILMINGTON DE 19801 | 000058P001-1280S-080<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>ATTN: JEFFREY KURTZMAN, ESQ.<br>1835 MARKET STREET, SUITE 1400<br>PHILADELPHIA PA 19103 | 000060P001-1280S-080<br>KLESTADT & WINTERS, LLP<br>ATTN: BRENDAN M. SCOTT<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018-6314 |
| 000061P002-1280S-080<br>KLESTADT & WINTERS, LLP<br>ATTN: TRACY L. KLESTADT<br>570 SEVENTH AVENUE, 17TH FLOOR<br>NEW YORK NY 10018-6314 | 000023P001-1280S-080<br>KPMG, LLP<br>DEPT. 0691<br>P.O. BOX 120001<br>DALLAS TX 75312-0691 | 000048P001-1280S-080<br>LAW OFFICES OF MICHAEL J. O'CONNOR<br>MICHAEL J. O'CONNOR<br>8118 DATAPOINT DRIVE<br>SAN ANTONIO TX 78229 | 000041P002-1280S-080<br>LEVETT ROCKWOOD, P.C.<br>STEPHEN H. GROSS, ESQ.<br>33 RIVERSIDE AVENUE<br>P.O. BOX 5116<br>WESTPORT CT 06880 |
| 000033P001-1280S-080<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>DAVID G. AELVOET<br>711 NAVARRO<br>SUITE 300<br>SAN ANTONIO TX 78205 | 000040P001-1280S-080<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>2323 BRYAN STREET<br>#1600<br>DALLAS TX 75201 | 000066P001-1280S-080<br>LINEBARGER GOGGAN ET AL.<br>ATTN: DONALD STECKER, ESQ.<br>711 NAVARRO, SUITE 300<br>SAN ANTONIO TX 78205 | 000067P001-1280S-080<br>MAGNOZZI & KYE, LLP<br>ATTN: AMISH R. DOSHI, ESQ.<br>ONE EXPRESSWAY PLAZA, SUITE 114<br>ROSLYN HEIGHTS NY 11577 |
| 000031P001-1280S-080<br>MARK BROWNING<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN TX 78711-2548 | 000017P001-1280S-080<br>METALCRAFT TECHNOLOGIES, INC.<br>PO BOX 2526<br>CEDAR CITY UT 84721-2526 | 000034P002-1280S-080<br>NEXT JET GROUP<br>ATTN: NEIL PATTON<br>P.O. BOX 40122<br>SAN DIEGO CA 92164 | 000008P001-1280S-080<br>OFFICE OF THE UNITED STATES TRUSTEE<br>844 KING STREET<br>SUITE 2207, LOCKBOX 35<br>WILMINGTON DE 19801-3519 |
| 000035P001-1280S-080<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRADFORD J. SANDLER, ESQ.<br>919 N. MARKET STREET, 17TH FL.<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | 000036P001-1280S-080<br>PACHULSKI STANG ZIEHL & JONES LLP<br>BRUCE GROHSGAL, ESQ.<br>919 N. MARKET STREET, 17TH FL.<br>P.O. BOX 8705<br>WILMINGTON DE 19899-8705 | 000039P001-1280S-080<br>PACHULSKI STANG ZIEHL & JONES LLP<br>GABRIELLE ALBERT ROHWER<br>780 THIRD AVENUE<br>36TH FLOOR<br>NEW YORK NY 10017-2024 | 000055P001-1280S-080<br>PETERSON RUSSELL KELLY, PLLC<br>MICHAEL T. CALLAN, ESQ.<br>1850 SKYLINE TOWER<br>10900 N.E. 4TH STREET<br>BELLEVUE WA 98004 |
| 000038P001-1280S-080<br>ROBINSON, BRADSHAW & HINSON<br>HEYWARD H. BOUKNIGHT, III<br>101 NORTH TRYON STREET<br>SUITE 1900<br>CHARLOTTE NC 28246 | 000026P001-1280S-080<br>SARGENT CONTROLS & AEROSPACE<br>LOCKBOX NO: 12818<br>12818 COLLECTION CENTER DR.<br>CHICAGO IL 60693 | 000005P001-1280S-080<br>SEC NY REGIONAL OFFICE<br>ALISTAR BAMBACH<br>BANKRUPTCY DIVISION<br>3 WORLD FINANCIAL CENTER<br>STE 400<br>NEW YORK NY 10281-1022 | 000007P001-1280S-080<br>SEC NY REGIONAL OFFICE<br>ATTN: NATHAN FUCHS<br>233 BROADWAY<br>NEW YORK NY 10279 |
| 000004P001-1280S-080<br>SECRETARY OF STATE<br>DIVISION OF CORPORATIONS<br>FRANCHISE TAX<br>P.O. BOX 7040<br>DOVER DE 19903 | 000003P002-1280S-080<br>SECRETARY OF TREASURY<br>P.O. BOX 7040<br>DOVER DE 19903 | 000006P002-1280S-080<br>SECURITIES & EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON DC 20549 | 000028P004-1280S-080<br>SECURITY AIR PARK, INC.<br>477 C-3A SANDAU RD.<br>SAN ANTONIO TX 78216 |

000056P001-1280S-080
SHAFER & ASSOCIATES, P.C.
ATTN: BRADLEY J. SHAFER
3800 CAPITAL CITY BLVD., SUITE 2
LANSING MI 48906-2110

000059P001-1280S-080
SHEARMAN & STERLING LLP
ATTN: MICHAEL H. TORKIN
599 LEXINGTON AVENUE
NEW YORK NY 10022

000009P001-1280S-080
TEXAS STATE COMPTROLLER
9514 CONSOLE DRIVE
SUITE 102
SAN ANTONIO TX 78229

000022P002-1280S-080
TEXAS WORKFORCE COMMISSION
ATTN: OFFICE OF THE GENERAL COUNSEL
101 EAST 15TH STREET
ROOM 608
AUSTIN TX 78778

000050P001-1280S-080
THE XENOS LAW FIRM, PLC
ATTN: ELIAS T. XENOS, ESQ.
261 E. MAPLE ROAD
BIRMINGHAM MI 48009

000018P001-1280S-080
TRIUMPH STRUCTURES-WICHITA, INC.
PO BOX 643901
PITTSBURGH PA 15264-3901

000001P001-1280S-080
US ATTORNEY'S OFFICE
DISTRICT OF DELAWARE
1007 N. ORANGE STREET
WILMINGTON DE 19801

000063P001-1280S-080
WILCOX & SAVAGE
ROSS C. REEVES, ESQ.
440 MONTICELLO AVENUE
SUITE 2200
NORFOLK VA 23510

000037P001-1280S-080
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
KEVIN J. MANGAN
222 DELAWARE AVENUE
WILMINGTON DE 19801

000025P002-1280S-080
YAO-HWA GLASS CO LTD.
C/O LAW OFFICES OF LAI & ASSOCIATES, P.C.
5800 RANCHESTER
SUITE 200
HOUSTON TX 77036

Records Printed :    66