# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---:|---|
| **Debtor:** | Emivest Aerospace Corporation |
| **Case Number:** | 10-13391-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 16, 2011 03:00 PM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

Sale - Cont'd from 3/15 by agreement of parties

**R / M #:**   382 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Item 1 - Order due under Certification of Counsel
- Item 2 - Order due under Certification of Counsel