| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Don Stecker | Linebarger, Goggan, Blair & Sampson | Bexar County (Texas) |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | " |
| Patrick Rolley | Cole Schotz | Conrad RB Capital / EAE Capital |
| Gary Leibowitz | " | " |
| Amanda M. Winfree | Ashby + Geddes PA | Firawal |
| Daniel Brtz | Morris Nichols Arsht & Tunnell LLP | Dolbn |
| Eric Schwartz | " " | " |
| Daniel Bryan | DLA Piper | |
| Lisa Tancredi | Gebhard + Smith | Liebherr |
| Kevin Mangan | Womble Carlyle | Wells Fargo |
| Mark Branding | AG Office - TX | TX Comptroller |
| Edwin Greiner | Lopez Greiner Law & Corsini | Yao - Intzo |
| Ross Reeves | Willcox & Savage | Liebherr - International Deutschland |
| Brad Sandler | PSZJ | Committee |