# SIGN-IN SHEET

**CASE NAME:** EMIVEST AEROSPACE  
**CASE NO.:** 10-13391  
**COURTROOM NO.:** 1 - JUDGE SHANNON  
**DATE:** APRIL 6, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Butz | Morris Nichols Arsht & Tunnell LLP | Debtor |
| Amanda M. Winfree | Ashby + Geddes PA | Lloyd Everard |
| Robert Dehosian | Cohen Tauber Spievack & Wagner | MT LL LLC |
| Lisa Tancredi | Gebhardt + Smith LLP | Liebherr |
| R Deka | MNAT | Debtor |
| Lisa L. Coggins | Ferry Joseph + Pearce | Bexar Co. |
| Tom Horan | Womble Carlyle Sandridge & Rice | Wells Fargo / Wachovia |
| Patrick Reilley | Cole Schotz | Counsel RB / DIP Capital |
| Gary Leibowitz | " | " |
| Bruce Grohsgal | Pachulski Stang | Committee |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
## #1

Calendar Date: 04/06/2011
Calendar Time: 03:00 PM ET

Amended Calendar 04/06/2011 11:05 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143351 | Michael T Callan | 425-462-4700 | Peterson, Russell & Kelly | Interested Party, Lloyd Everard / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143874 | Amish R. Doshi | (516) 299-5556 | Magnozzi & Kye LLP | Creditor, Oracle America Inc. / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143796 | Paul W. Hess | (801) 323-2132 | Strong & Hanni | Interested Party, MT, LC / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143357 | Gary H. Leibowitz | (410) 528-2971 | Cole, Schotz, Meisel, Forman & | Creditor, Hilco / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143371 | Don Stecker | (210) 225-4422 | Linebarger Goggan Blair & Sampson, | Creditor, Bexar County / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4143782 | Charles K Taylor | (435) 867-6800 | MT, LC | Interested Party, MT, LC / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4144206 | Timothy Walsh | (212) 335-4616 | DLA Piper US, LLP New York | Debtor, Emivest Aerospace Corporation / LIVE |