# SIGN-IN SHEET

**CASE NAME:** EMIVEST AEROSPACE
**CASE NO.:** 10-13391
**COURTROOM NO.:** 1- JUDGE SHANNON
**DATE:** APRIL 7, 2011

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom Hoen | Wachov Carlyle Sandridge & Rice | Wells Fargo / Wachovia |
| Patrick Reilley | Cole Schotz | Cansu RB / EAS Capital |
| Gary Leibowitz | " | " |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | Bexar County TX |
| Bruce Grohsgal | Pachulski Stang | Committee |
| Amanda M. Winfree | Ashby + Geddes PA | Lloyd Everard |
| Lisa Tancredi | Gebhardt + Smith LLP | Liebherr |
| David Bliz | Mors Nicol MlesTunell LLP | DoSn |
| Ryal Delony | " " " " " | " |
| Daniel Egan | DLA Piper | " |
| David Carickhoff | Blank Rome | Action Aviation / Hamish Harding |
| Rober Beshosan | MT LC LLC | Cohen Tarka Sprouck & Wagner |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

Calendar Date: 04/07/2011
Calendar Time: 09:00 AM ET

Amended Calendar 04/07/2011 05:55 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4145162 | Paul W. Hess | (801) 323-2132 | Strong & Hanni | Interested Party, MT, LC / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4145188 | Don Stecker | (210) 225-4422 | Linebarger Goggan Blair & Sampson, | Creditor, Bexar County / LIVE |
| | | Emivest Aerospace Corporation | 10-13391 | Hearing | 4146134 | Charles K Taylor | (435) 867-6800 | MT, LC | Interested Party, MT, LC / LIVE |