IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EMIVEST AEROSPACE CORPORATION,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 10-13391 (MFW)<br><br>**Re: D.I. 414** |

### CERTIFICATION OF COUNSEL REGARDING ORDER (I) AUTHORIZING AND APPROVING THE SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (II) AUTHORIZING THE DEBTOR TO ENTER INTO ASSET PURCHASE AGREEMENT BETWEEN PURCHASER AND DEBTOR, (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (IV) GRANTING RELATED RELIEF

The undersigned counsel to the above-captioned debtor and debtor in possession hereby certifies as follows regarding the proposed *Order (I) Authorizing and Approving the Sale of Substantially all of the Debtor's Assets Free and Clear or all Liens, Claims, Encumbrances, and Other Interests, (II) Authorizing the Debtor to Enter into Asset Purchase Agreement between Purchaser and Debtor, (III) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (the "Sale Order"), attached hereto as **Exhibit A**:

1. On April 5, 2011, the Debtor filed the *Emergency Motion of the Debtor for Entry of an Order (I) Authorizing and Approving the Sale of Substantially all of the Debtor's Assets Free and Clear or all Liens, Claims, Encumbrances, and Other Interests, (II) Authorizing the Debtor to Enter into Asset Purchase Agreement between Purchaser and Debtor, (III)*

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

*Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* (D.I. 414) (the "Emergency Sale Motion").

2. On April 6 and 7, 2011, the Court held hearings on the Emergency Sale Motion. As discussed on the record at the April 7 hearing, the Debtor has reached a resolution of the objections to the Emergency Sale Motion, and has settled a proposed form of order—the Sale Order—reflecting such resolutions, representations and the Court's ruling on the record.

3. The attached Sale Order has been reviewed and approved by: (i) counsel to the Official Committee of Unsecured Creditors; (ii) counsel to the Debtor's current postpetition lenders, Counsel RB Capital, LLC and EAI Capital, LLC; and (iii) counsel to the purchaser of the Debtor's assets, MT, LLC.

4. A blackline of the Sale Order against the version filed with the Emergency Sale Motion is attached hereto as **Exhibit B**.

WHEREFORE, the Debtor respectfully requests that the Court enter the proposed Sale Order attached hereto as **Exhibit A** as soon as possible.

[Signature follows]

| Dated: April 7, 2011 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Wilmington, Delaware | |

*(signature)*

Robert J. Dehney, (No. 3578)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Flr.
P.O. Box 1347
Wilmington, DE 19899
Telephone: 302.658.9200
Facsimile: 302.425.4673

*Counsel for Debtor and Debtor in Possession*

-and-

Timothy W. Walsh
DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

*Special Counsel for Debtor and Debtor in Possession*