## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| EMIVEST AEROSPACE CORPORATION, | : |
| | : Case No. 10-13391 (MFW) |
| Debtor.[1] | : |
| | : |
| | : |
| | : |

## AGREED ORDER APPROVING AND AUTHORIZING THE DEBTOR TO ENTER INTO THE FIFTH AMENDMENT TO DEBTOR-IN-POSSESSION CREDIT AND SECURITY AGREEMENT

Upon review and consideration of the Fifth Amendment to Debtor-in-Possession Credit and Security Agreement (the "Fifth DIP Amendment"),[2] a copy of which is attached hereto as Exhibit 1, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

1. The Fifth DIP Amendment is hereby approved and the Debtor is authorized to enter into the Fifth DIP Amendment.

2. The Fifth DIP Amendment amends the Debtor-In-Possession Credit and Security Agreement (as amended, the "Credit Agreement") entered into on October 27, 2010, by and among Emivest Aerospace Corporation (the "Debtor"), Counsel RB Capital, LLC ("Counsel RB") and EAI Capital, LLC ("Hilco" and, together with the Counsel RB, individually a "Assigning Lender" and collectively the "Assigning Lenders"), and Counsel RB in its capacity as the agent for the DIP Lenders (the "Assigning Lenders' Agent").

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Fifth DIP Amendment.

EAST\44485466.2

3. Pursuant to the Fifth DIP Amendment, the Assigning Lenders shall assign their interest in the DIP Financing to Action Aviation Limited (the "New Lender") in the reduced amount set forth in the Fifth Amendment and on the terms thereof, all as further modified and set forth in more detail in the Fifth Amendment.

4. The Debtor is hereby authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order.

5. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

Dated: April 7, 2011

UNITED STATES BANKRUPTCY JUDGE