# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>EMIVEST AEROSPACE CORPORATION,<br>Debtor.[1] | Chapter 11<br>Case No. 10-13391 (MFW)<br>Re: D.I. 440 |

### CERTIFICATION OF COUNSEL REGARDING ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363, AND 365 AUTHORIZING THE DEBTOR TO ASSUME AND ASSIGN NONRESIDENTIAL REAL PROPERTY LEASE AND TO ENTER INTO ASSIGNMENT AND ASSUMPTION AGREEMENT IN CONNECTION THEREWITH

The undersigned counsel to the above-captioned debtor and debtor in possession hereby certifies as follows regarding the proposed *Order Pursuant to 11 U.S.C. §§ 105(A), 363, and 365 Authorizing the Debtor to Assume and Assign Nonresidential Real Property Lease and to Enter Into Assignment and Assumption Agreement in Connection Therewith* (the "Order"), attached hereto as **Exhibit A**:

1. On April 21, 2011, the Court held a hearing (the "Hearing") on the motion to enter the Order.

2. The Order attached hereto is the same order presented to the Court at the Hearing. The only difference is that the fully-executed Assignment and Assumption Agreement being approved by the Order is now attached.

WHEREFORE, the Debtor respectfully requests that the Court enter the proposed Order attached hereto as **Exhibit A** as soon as possible.

---

[1] The last four digits of the Debtor's federal tax identification number are 8827. The Debtor's mailing address and corporate headquarters is 1770 Skyplace Blvd., San Antonio, TX 78216.

Dated: April 21, 2011
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Daniel B. Butz*
Robert J. Dehney, (No. 3578)
Daniel B. Butz (No. 4227)
Matthew B. Harvey (No. 5186)
1201 North Market Street, 18th Flr.
P.O. Box 1347
Wilmington, DE 19899
Telephone: 302.658.9200
Facsimile: 302.425.4673

*Counsel for Debtor and Debtor in Possession*

-and-

Timothy W. Walsh
DLA PIPER LLP (US)
1251 Avenue of the Americas, 25th Flr.
New York, New York 10020
Telephone: 212.335.4500
Facsimile: 212.335.4501

*Special Counsel for Debtor and Debtor in Possession*